IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00234-LTB

WOLF, also known as
WESLEY R. "WOLF" BROWN, also known as
WESLEY R. BROWN, also known as
WESLEY BROWN,

    Plaintiff,

v.

JOHN W. SUTHERS, CO. Attorney Gen., and
DIANE MARIE DASH, Sr. Assist. A.G., and
DISTRICT COURT, Denver County, Colorado Re: Cs# 12CV4220

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 9, 2013, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 9 day of May, 2013.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ M.J. Garcia
                Deputy Clerk